IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TED CHANDLER and
MARTHA CHANDLER                                                                  PLAINTIFFS

v.                          Case No. 4:14-cv-475 KGB

TRANSGUARD INSURANCE
COMPANY                                                                           DEFENDANT

v.

JOHNSON D. OGLES and
THE OGLES LAW FIRM, P.A.                                             THIRD PARTY DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of TransGuard Insurance Company and against Ted and Martha Chandler in the amount of $53,360.00. This action is dismissed with prejudice.

So ordered this 11th day of May, 2016.

_____
Kristine G. Baker
United States District Judge